**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Aaron Livingston<br>    *Plaintiff,*<br><br>v.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>JPMorgan Chase Bank, National Association;<br>and Trans Union, LLC;<br>    *Defendants.* | Case No.: 0:21-cv-02739-ECT-ECW<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Equifax Information Services, Inc. ("Equifax") have settled all asserted claims between them. This notice applies to Equifax **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two to three weeks.

Dated: December 27, 2021

                                        **MN LEGAL ASSISTANCE**

                                        s/ Lisa Hanson
                                        Lisa Hanson (#0395406)
                                        333 S 7th St #2450
                                        Minneapolis, MN 55402
                                        (612) 412-9503 ext. 714
                                        Lisa.hanson@Madgettlaw.com

                                        ATTORNEY FOR PLAINTIFF