## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Livingston,<br><br>                    Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>JPMorgan Chase Bank, National Association;<br>and Trans Union, LLC;<br><br>                    Defendants. | Case No.: 0:21-cv-02739-PJS-ECW<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Aaron Livingston and Defendant JPMorgan Chase Bank, National Association ("Chase"), by and through their undersigned attorneys, as follows:

1. All claims by Plaintiff against Chase shall be dismissed with prejudice, on their merits, and in their entirety;

2. The counterclaim asserted by Chase against Plaintiff shall be dismissed without prejudice; and

3. The parties shall each bear his or its own costs, disbursements, and attorneys' fees.

Respectfully submitted,

Dated:  February 28, 2022

By: _/s/Lisa Hanson_____
Lisa Hanson (#0395406)
**MADGETT & KLEIN, PLLC**
333 S 7th Street #2450

1

2

          Minneapolis, MN 55402
          (612) 412-9503 ext. 714
          Lisa.hanson@Madgettlaw.com

Dated:  February 28, 2022          **DYKEMA GOSSETT PLLC**

          By:  s/ Kristina H. Kaluza
          Kristina H. Kaluza (#0390899)
          Mickey L. Stevens (#0398549)
          4000 Wells Fargo Center
          90 South Seventh Street
          Minneapolis, MN 55402
          Tel: (612) 486-1520
          Fax: (877) 227-5097
          kkaluza@dykema.com
          mstevens@dykema.com

          *Attorneys for Defendant JPMorgan Chase Bank, National Association*