# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Livingston, | Judge Patrick Schiltz |
| | Magistrate Judge Elizabeth Cowan Wright |
| Plaintiff, | |
| | CASE NO. 0:21-CV-02739-PJS-ECW |
| v. | |
| | **NOTICE OF SETTLEMENT** |
| Trans Union LLC, et al. | **WITH TRANS UNION ONLY** |
| | |
| Defendants. | |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Trans Union, LLC have settled all asserted claims between them. This notice applies to Trans Union **ONLY.** The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: May 5, 2022

**MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1