UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

AARON LIVINGSTON,                                          Case No. 21-CV-2739 (PJS/ECW)

        Plaintiff,

v.                                                                              ORDER OF DISMISSAL

TRANS UNION LLC,

        Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on July 11, 2022

[ECF No. 40],

IT IS ORDERED that this action is dismissed with prejudice and on the merits,

without costs or disbursements to any party.


Dated: July 13, 2022

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court